**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MINNESOTA LABORERS FRINGE BENEFIT FUNDS

Plaintiff,

vs.

ORDER
CV 00-66 RHK/JMM

BOOKER'S CONSTRUCTION INC.,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 4, 2000

**RICHARD H. KYLE**, Judge
United States District Court

FILED 4-4-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______